EXHIBIT "A"

# RETAINER AGREEMENT

Donahue Partners of Arizona, Inc., d/b/a Sunvek ("Sunvek") hereby retains the law firm of Tiffany & Bosco, P.A., Third Floor Camelback Esplanade II, 2525 East Camelback Road, Phoenix, Arizona 85016-4237, to represent them with respect to all claims for damages which they may have arising out of its insurance contract with Travelers Insurance obtained through Sunvek's agent Schaeffer, Smith, Ankeny regarding a claim by the Luke family.

Sunvek agrees to reimburse its attorneys, no later than upon the conclusion of this case, for any costs and expenses paid in advance by them on its behalf, such as filing fees, deposition expenses and any other reasonable expenses, including costs of investigation, photographs, exhibits, the employment of expert witnesses and other expenses which, in the opinion of Sunvek's attorneys, are necessary in connection with this matter. These costs and expenses are due and payable regardless of the results obtained.

Should this case not result in a recovery, either by settlement, trial, appeal or otherwise, Sunvek understands that Sunvek will owe Tiffany & Bosco absolutely nothing for their time and legal services.

Sunvek agrees to pay its attorneys, as attorneys' fees, one-third (33 1/3%) of the total amount recovered on its behalf, either with or without legal action, which percentage is based upon the total recovery before reimbursement for costs and expenses as set forth above. If there is a trial and/or appeal of any decision, then Sunvek agrees to pay as attorneys' fees, forty percent (40%) of the total amount received on Sunvek's behalf.

Sunvek understands and agrees that all amounts recovered and received on its behalf are to be placed by its attorneys in their Trust Account for collection. Sunvek grants its attorneys a lien upon a claim for their fees, costs and expenses paid in advance. Sunvek grants its attorneys permission to reimburse themselves from the recovery for all advances by them mentioned above, (attorney fees of 33 1/3% or if trial and/or appeal 40% and expenses incurred) and upon written request or authorization, to pay, on Sunvek's behalf, any of the unpaid bills from its share of the recovery. Money deposited by check in the Trust Account must clear before any distributions or process 3-5 business days.

Sunvek agrees to cooperate in the preparation and trial of this case; to appear upon reasonable notice for depositions and court appearances; and to comply with all reasonable requests made of it in connection with the preparation and presentation of this case.

Sunvek understands and agrees that no settlement will be made of any claim without its approval.

Sunvek acknowledges that a lawsuit, by its nature, is unpredictable and that its attorneys have made no guarantee regarding the successful termination of the claim.

Sunvek further understands that if its attorneys are of the opinion that its claim has no merit or that no person or legal entity is liable to Sunvek for the injuries and damages which Sunvek has sustained as set forth above, that its attorneys may withdraw from prosecuting the claim. Further Sunvek understands that its attorneys may associate one or more other attorneys to aid in the prosecution of Sunvek's claim but that no additional attorneys' fees will be charged in that event.

EFFECTIVE this 1st day of January, 05.

**ACCEPTED:**

SUNVEK

By: _[signature]_
Greg Donahue, President

**APPROVED:**

TIFFANY & BOSCO P.A.

By: _[signature]_

262296

2